**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __Texas__
(State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   LaForta - Gestão e Investmentos, Sociedade Unipessoal Lda (Zona Franca da Madeira)

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names, and *doing business as* names  
   _____

3. **Debtor's federal Employer Identification Number (EIN)**  
   5 1 – 1 0 9 5 9 8 8

4. **Debtor's address**

   **Principal place of business**

   Edificio Marina Club, Avenida Arriaga  
   Number    Street

   No. 73, 1er Andar, Sala 103

   Funchal, Madeira       9004-533  
   City           State     ZIP Code

   Portugal  
   County

   **Mailing address, if different from principal place of business**

   _____  
   Number    Street

   _____  
   P.O. Box

   _____  
   City           State     ZIP Code

   **Location of principal assets, if different from principal place of business**

   700 Milam Street, Suite 1300  
   Number    Street

   Houston       TX       77002  
   City           State     ZIP Code

5. **Debtor's website** (URL) _____

---

Debtor  LaForta - Gestão e Investmentos, Sociedade Unipessoal Lda  Case number (if known)_____
_____
Name

6. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   2   1   1   1

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check all that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   - ☒ No
   - ☐ Yes.  District _____ When _____ Case number _____
                                              MM / DD / YYYY
            District _____ When _____ Case number _____
                                              MM / DD / YYYY

Debtor  LaForta - Gestão e Investimentos, Sociedade Unipessoal Lda
_____
Name

Case number (if known)_____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.  Debtor _____  Relationship _____
District _____  When _____  MM / DD / YYYY
Case number, if known _____

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☒ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** Approximately 4 miles off the coast of Tampico Mexico
Number    Street

_____

_____     _____  _____
City                                  State   ZIP Code

**Is the property insured?**
☒ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **3**

Debtor  LaForta - Gestão e Investmentos, Sociedade Unipessoal Lda            Case number (if known)_____
        Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☒ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☒ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/16/2022
              MM / DD / YYYY

✗ /s/ David Weinhoffer                           David Weinhoffer
Signature of authorized representative of debtor  Printed name

Title  Chief Restructuring Officer

**18. Signature of attorney**

✗ /s/ Rebecca Blake Chaikin                      Date  06/16/2022
Signature of attorney for debtor                        MM / DD / YYYY

Rebecca Blake Chaikin
Printed name

Jackson Walker LLP
Firm name

1401 McKinney Street, Suite 1900
Number       Street

Houston                                          TX          77010
City                                             State       ZIP Code

713-752-4284                                     rchaikin@jw.com
Contact phone                                    Email address

3394311                                          SDTX
Bar number                                       State

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| LAFORTA - GESTÃO E INVESTIMENTOS, SOCIEDADE UNIPESSOAL LDA.,[1] | § § § | Case No. 22-[  ] |
| | § | |
| Debtor. | § § | |

## LIST OF EQUITY SECURITY HOLDERS[2]

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| LaForta - Gestão e Investimentos, Sociedade Unipessoal, Lda | Offshore Drilling Holdings S.A. | 29, avenue Monterey, L-2163 Luxembourg, Grand Duchy of Luxembourg | 100% |

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's Foreign tax identification number, is: LaForta - Gestão e Investimentos, Sociedade Unipessoal, Lda (Zona Franca da Madeira) (5988).

[2] This list serves as the disclosure required to be made by the debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions listed indicate the record holder of such equity as of the date of commencement of the chapter 11 case.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| LAFORTA - GESTÃO E INVESTIMENTOS, SOCIEDADE UNIPESSOAL LDA.,[1] | § § § § | Case No. 22-[  ] |
| Debtor. | § § § | |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rule 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Offshore Drilling Holdings S.A. | 100% |

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's Foreign tax identification number, is:  LaForta - Gestão e Investimentos, Sociedade Unipessoal, Lda (Zona Franca da Madeira) (5988).

33036761v.1 162386/00001

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | LaForta - Gestão e Investimentos, Sociedade Unipessoal, Lda (Zona Franca da Madeira) |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| -NONE- | | | | | | |

**Written Consent of**
**LaForta - Gestão e Investimentos, Sociedade Unipessoal, Lda (Zona Franca da Madeira)**

**June 13th, 2022**

The undersigned, Ramon Rulló Amorós, being the director (the "Director") of **LaForta - Gestão e Investimentos, Sociedade Unipessoal, Lda (Zona Franca da Madeira)**, a sole shareholder limited liability company (*sociedade unipessoal por quotas*) organized and existing under the laws of the State of Portugal, whose main registered place of business is at Rua 31 de Janeiro, n. 12E, 6th floor, door X, 9050-011, Funchal, Madeira, with the registered capital of EUR 169.795.965,19, legal entity number 511 095 988, registered under the same number at the Commercial Registry Office of the Madeira Business Center (the "Company"), acting pursuant to the relevant provisions of the certain [Constitution] of the Company, dated as of August 25th 1997, as amended (the "Company Constitution") hereby consents to and adopts the following resolutions (the "Resolutions"), to have the same force and effect as if adopted at a duly convened by the directors of the Company:

**WHEREAS**, each of Abel Vargas Guzman, Ramon Rulló Amorós, Enrique Tovar Milan (each, a "Manager") are currently the managers of the Company; and

**WHEREAS**, the Company has had the opportunity to consult with the management and the financial and legal advisors of the Company and fully consider each of the strategic alternatives available to the Company; and

**WHEREAS**, after due and careful consideration of the options available to the Company and advice provided by the Company's advisors and professionals, the Company has determined in its business judgement that it is in the best interest of the Company, its creditors and other interested parties and stakeholders for the Company to take the actions specified in the following resolutions in favor of the Company filing a voluntary petition for relief (the "Chapter 11 Case") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and to grant David Weinhoffer, in his capacity as Chief Restructuring Officer of the Company, and to each Manager (collectively, the "Authorized Persons") the power and authority to (a) execute, verify and file on behalf of the Company all documents necessary or appropriate in connection with the filing of said bankruptcy petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with such chapter 11 petition; (b) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Company's Chapter 11 Case; (c) appear as necessary at all bankruptcy proceedings on behalf of the Company; and (d) open a bank account with authority to receive and disburse funds and pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein (the "Bankruptcy Matters");

**WHEREAS**, we are advised that it is the preference of a majority of bondholders involved in the restructuring negotiations in respect of those certain New York law governed notes guaranteed by the Company that a chapter 11 proceeding be filed in the United States pursuant to which financing by certain noteholders is to be provided;

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Company it is desirable and in the best interests of the Company (including a consideration of its creditors and other parties in interest) that the Authorized Persons shall be, and hereby are, granted the power and authority to file, or cause to be filed, the Chapter 11 Case in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") and to authorize, execute, approve, and take any other action in furtherance of the Bankruptcy Matters;

**FURTHER RESOLVED** that David Weinhoffer is appointed as Chief Restructuring Officer of the Company and in such capacity with the power and authority to undertake the Bankruptcy Matters as set forth herein;

**FURTHER RESOLVED** that the Authorized Persons are hereby authorized and directed to employ the law firm of Jackson Walker LLP, as outside bankruptcy counsel, and Clifford Chance US LLP, as outside special corporate counsel, to assist the Company in filing the Chapter 11 Case and in carrying out the Company's duties under chapter 11 of the Bankruptcy Code, and the Authorized Persons are hereby authorized and directed to execute retention agreements, to pay such law firms each a retainer for representing the Company in the bankruptcy case, and to cause to be filed an application for authority to retain the services of Jackson Walker LLP, as outside bankruptcy counsel, and Clifford Chance US LLP, as outside special corporate counsel;

**FURTHER RESOLVED**, the Authorized Persons are authorized and directed to retain from time to time such other professionals whose services the Authorized Persons deem to be necessary or desirable in connection with the Chapter 11 Case;

**FURTHER RESOLVED**, the Authorized Persons are authorized and empowered to obtain postpetition financing according to the terms which may be negotiated by the Authorized Persons and approved by the Managers and subject to court approval in the Company's Chapter 11 Case;

**FURTHER RESOLVED**, that the Authorized Persons are, and each of them is, authorized to consider and explore a potential asset sale of the *La Muralla IV* vessel subject to court approval in the Company's Chapter 11 Case;

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken or to be taken by the Authorized Persons in connection with any of the foregoing matters in all respects are hereby ratified, confirmed and approved;

**FURTHER RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby, in all respects, approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance by resolution of the Company; and

**FURTHER RESOLVED**, that the undersigned Director is hereby authorized to certify and deliver, to any person to whom such certification and delivery may be deemed necessary or appropriate in the opinion of such undersigned, a true copy of these Resolutions.

*****

IN WITNESS WHEREOF, the undersigned has executed this written consent to be effective as of the date first written above. This consent shall be filed with the minutes of the proceedings of the Company. Any copy, facsimile, or other reliable production of this action (including, without limitation transmission by .pdf) may be substituted in lieu of the original writing for any and all purposes for which the original writing could be used, provided that such copy, facsimile or other reproduction be a complete reproduction of the entire original writing.

**DIRECTOR:**

By: _____
Name Ramon Rulló Amorós
Title: Director of LaForta - Gestão e Investimentos, Sociedade Unipessoal, Lda

**Fill in this information to identify the case and this filing:**

Debtor Name: LaForta - Gestão e Investmentos, Sociedade Unipessoal Lda (Zona Franca da Madeira)

United States Bankruptcy Court for the: Southern District of Texas
(State)

Case number (If known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  Corporate Ownership Statement and List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/16/2022
MM / DD / YYYY

✗ /s/ David Weinhoffer
Signature of individual signing on behalf of debtor

David Weinhoffer
Printed name

Chief Restructuring Officer
Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**