|  | Information to identify the case: | | |
|---|---|---|---|
| Debtor: | LaForta - Gestão e Investimentos, Sociedade Unipessoal, Lda<br>Name | TIN: | 51-1095988 |
| | United States Bankruptcy Court for the Southern District of Texas | | |
| Case Number:  22-90126 | | Date case filed for Chapter 11:<br>June 16, 2022 | |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case                                        12/17

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code.  An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.  Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities.  This means that creditors generally may not take action to collect debts from the debtor or the debtor's property.  For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor.  Creditors cannot demand repayment from the debtor by mail, phone, or otherwise.  Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt.  A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice.  (See line 11 below for more information.)

To protect your rights, consult an attorney.  All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

1. Debtors' full name:  <u>See chart below</u>.

| NO. | DEBTOR | ADDRESS | CASE NO. | EIN # |
|---|---|---|---|---|
| 1 | LaForta - Gestão e Investimentos, Sociedade Unipessoal, Lda | Rua 31 de Janeiro, n. 12E, 6th floor, door X, 9050-011, Funchai, Madeira | 22-90126 | 51-1095988 |

| 2. | All other names used in the last 8 years: N/A |
|---|---|
| 3. | Address: See chart above. |
| 4. | Debtors' attorneys: |

| | |
|---|---|
| Rebecca Blake Chaikin (S.D. Bar No. 3394311)<br>Veronica A. Polnick (TX Bar No. 24079148)<br>Genevieve M. Graham (TX Bar No. 24085340)<br>Javier Gonzalez (TX Bar No. 24119697)<br>JACKSON WALKER LLP<br>1401 McKinney Street, Suite 1900 | Debtors' notice and claims agent (for court documents and case information inquiries):<br><br>**If by First-Class Mail:** |

Official Form 309F (For Corporations or Partnerships)                    **Notice of Chapter 11 Bankruptcy Case**

33013187v.1

| | |
|---|---|
| Houston, Texas 77010<br>Telephone: (713) 752-4200<br>Facsimile: (713) 752-4221<br>Email: rchaikin@jw.com<br>Email: vpolnick@jw.com<br>Email: ggraham@jw.com<br>Email: jgonzalez@jw.com | LaForta Claims Processing<br>c/o Stretto<br>410 Exchange, Suite 100<br>Irvine, CA 92602<br><br>Telephone: (855) 337-3537 (U.S./Canada)<br>(949) 296-1805 (International) |

Email: TeamLaForta@stretto.com
**If by Hand Delivery or Overnight Mail:**

LaForta Claims Processing
c/o Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Telephone: (855) 265-6326 (U.S./Canada)
(949) 398-0584 (International)

Email: TeamLaForta@stretto.com

Case website:
https://cases.stretto.com/LaForta

| 5. | **Bankruptcy Clerk's Office** | **United States Courthouse**<br>**515 Rusk Avenue**<br>**Houston, Texas 77002** | Hours Open:  Monday - Friday<br>8:00 AM - 5:00 PM<br>Contact phone:  713-250-5500 |
|---|---|---|---|
| | Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov | All documents in this case are available free of charge on the website of the Debtors' notice and claims agent at https://cases.stretto.com/LaForta | |
| 6. | **Meeting of Creditors** | **Time and Date:**<br>**TBD** | **Location: Telephone:**<br>**N/A** |
| | The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | | |
| 7. | **Proof of claim deadline:** | **Deadline for filing proof of claim:** | **TBD** |

Official Form 309F (For Corporations or Partnerships)        **Notice of Chapter 11 Bankruptcy Case**

33013187v.1

| | |
|---|---|
| **8. Exception to discharge deadline**  The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A).  **Deadline for filing the complaint: N/A** |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |