IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| LAFORTA - GESTÃO E INVESTIMENTOS, SOCIEDADE UNIPESSOAL LDA.,[1] | § § § | Case No. 22-90126 |
| | § | |
| Debtor. | § § | |

## NOTICE OF ELECTRONIC HEARING

On June 16, 2022, the above-referenced debtor and debtor in possession (the "Debtor") commenced this chapter 11 case.

A hearing is set for **June 17, 2022 at 9:00 a.m. (prevailing Central Time)** before Judge David R. Jones at the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Court") to consider the following motions:

- **Schedules and SOFAs Extension Motion.** Debtor's Emergency Motion for Entry of an Order Extending the Time to File Schedules and Statements of Financial Affairs [Docket No. 5].

- **DIP Motion**. Debtor's Emergency Motion for Entry of Interim and Final Orders Authorizing (I) Post-Petition Financing Secured by Senior Liens (II) Granting Adequate Protection, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief [Docket No. 12].

- **Insurance Motion.** Debtor's Emergency Motion for Entry of an Order Authorizing the Debtor to Bind and Maintain Insurance Coverage [Docket No. 13].

- **Stretto Retention.** Debtor's Emergency Application for Entry of an Order Authorizing the Employment and Retention of Stretto, Inc. as Claims, Noticing, and Agent Solicitation Agent [Docket No. 4].

Audio communication will be by the use of the Court's dial-in facility. You may access the facility at **(832) 917-1510**. Once connected, you will be asked to enter the conference room number. Judge Jones' conference room number is **205691**. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's Foreign tax identification number, is: LaForta - Gestão e Investimentos, Sociedade Unipessoal, Lda (Zona Franca da Madeira) (5988).

33013125v.1 162386/00001

Judge Jones' homepage.  The meeting code is judgejones.  Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of both electronic and in-person hearings.  To make your appearance, click the "Electronic Appearance" link on Judge Jones' homepage.  Select the case name, complete the required fields, and click "Submit" to complete your appearance.

All documents filed in this chapter 11 case are available free of charge by visiting https://cases.stretto.com/LaForta, by calling (855) 265-6326 (toll-free) or (949) 398-0584 (international), or by email at TeamLaForta@stretto.com.  Copies of any pleadings or papers filed with the Court may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

33013125v.1 162386/00001

Houston, TX
Dated: June 16, 2022

/s/ *Javier Gonzalez*
Rebecca Blake Chaikin (S.D. Bar No. 3394311)
Genevieve M. Graham (TX Bar No. 24085340)
Veronica A. Polnick (TX Bar No. 24079148)
Javier Gonzalez (TX Bar No. 24119697)
**JACKSON WALKER LLP**
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221
Email: rchaikin@jw.com
Email: ggraham@jw.com
Email: vpolnick@jw.com
Email: jgonzales@jw.com

**PROPOSED COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION**

## Certificate of Service

      I certify that on June 16, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                              */s/ Javier Gonzalez*
                                              Javier Gonzalez

33013125v.1 162386/00001